IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONY LIFE INSURANCE COMPANY,<br>　　　Plaintiff<br><br>　　vs.<br><br>CAROL SNYDER, f/k/a CAROL ECKERT, and PAMELA ECKERT,<br>　　　Defendants | :<br>:<br>:<br>: CIVIL NO. 1:CV-15-2109<br>:<br>:  (Judge Caldwell)<br>:<br>:<br>: |

## *O R D E R*

AND NOW, this 20th day of December 2016, it si ordered that:

   1. Defendant Eckert's motion (Doc. 40) to file a second amended counterclaim against plaintiff MONY and a second amended crossclaim against defendant Snyder is granted.

   2. Eckert's pleading shall be filed within twenty (20) days of the date of this order.

　　　　　　　　　　　　　　　/s/William W. Caldwell
　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　United States District Judge