IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MONY LIFE INSURANCE  :
COMPANY,  :
    Plaintiff  :
                                : CIVIL NO. 1:CV-15-2109
    vs.  :
                                : (Judge Caldwell)
CAROL SNYDER, f/k/a CAROL  :
ECKERT, and PAMELA ECKERT,  :
    Defendants  :

*O R D E R*

AND NOW, this 31st day of July, 2017, it is ordered that:

   1. Defendant Snyder's motion (Doc. 62) in limine is granted as follows.

   2. The following opinion testimony from defendant Eckert's expert witness is excluded from evidence: (1) the Insured suffered from a weakened intellect and (2) Snyder had a confidential relationship with the Insured.

                                          /s/William W. Caldwell
                                          William W. Caldwell
                                          United States District Judge