IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MONY LIFE INSURANCE  :
COMPANY,  :
    Plaintiff  :
     : CIVIL NO. 1:CV-15-2109
  vs.  :
     : (Judge Caldwell)
CAROL SNYDER, f/k/a CAROL  :
ECKERT, and PAMELA ECKERT,  :
    Defendants  :

*O R D E R*

AND NOW, this 31st day of July, 2017, based on the accompanying memorandum, it is ordered that plaintiff, MONY Life Insurance Company's, motion (Doc. 66) for summary judgment is granted as follows:

    1. The Clerk of Court shall enter judgment in favor of plaintiff MONY Life Insurance Company and against defendant Pamela Eckert on Eckert's two counterclaims against Plaintiff.

    2. MONY Life Insurance Company is hereby discharged from all liability in connection with, arising out of, or relating to, the Policy, subject only to MONY's obligation to comply with any final, non-appealable judgment entered in this action.

    3. MONY is hereby ordered to pay defendant Carol Snyder the proceeds of the Policy, plus accrued interest.

                                 /s/William W. Caldwell
                                   William W. Caldwell
                                   United States District Judge