IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MONY LIFE INSURANCE  :
COMPANY,  :
    Plaintiff  :
  : CIVIL NO. 1:CV-15-2109
    vs.  :
  : (Judge Caldwell)
CAROL SNYDER, f/k/a CAROL  :
ECKERT, and PAMELA ECKERT,  :
    Defendants  :

*O R D E R*

AND NOW, this 31st day of July, 2017, based on the accompanying memorandum, it is ordered that defendant, Pamela Eckert's motion (Doc. 64) for partial summary judgment is denied.

        /s/William W. Caldwell
        William W. Caldwell
        United States District Judge