IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MONY LIFE INSURANCE :
COMPANY, :
    Plaintiff :
: CIVIL NO. 1:CV-15-2109
  vs. :
: (Judge Caldwell)
CAROL SNYDER, f/k/a CAROL :
ECKERT, and PAMELA ECKERT, :
    Defendants :

*O R D E R*

AND NOW, this 31st day of July, 2017, based on the accompanying memorandum, it is ordered that:

   1. Defendant, Carol Snyder's, motion (Doc. 57) for summary judgment is granted.

   2. The Clerk of Court shall enter judgment in favor of defendant Carol Snyder on defendant Pamela Eckert's crossclaim against her and in Snyder's favor on her crossclaim against Eckert.

   3. The Clerk of Court shall close this file.

                           /s/William W. Caldwell
                           William W. Caldwell
                           United States District Judge